JOHN BURKS ET AL. *v.* ANDREW LANE.

**Bills and Notes—Notice of Protest.**

An irregularity, or laches, on the part of officers of a Bank, in forwarding a notice of· protest, by an incorrect direction of the same, is cured by giving notice through the postoffice at which the payor usually receives his mail.

APPEAL FROM JEFFERSON CIRCUIT COURT. CHANCERY BRANCH.

January 24, 1871.

OPINION OF THE COURT BY JUDGE HARDIN:

The only important question to be determined in this case is, whether there was due notice to the endorsers of the bill of its protest for non-payment. If there was irregularity, or *laches,* on the part of the officers of the bank in Louisville, in forwarding the notice to Burks, by an incorrect direction of the latter, the objection was, in our opinion, obviated by giving the notice also through the postoffice at Louisville, in which, it is proved, Burks kept a box, and was in the habit of receiving his mail.

We concur in the conclusion of the court of common pleas, and the judgment is therefore affirmed.

*Sanders & Eastin, for appellants.*
*Hagan & Dupuy, for appellee.*